UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 02322
   SCOTT A EVANS
   DOREEN EVANS                                  CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-9551    SSN XXX-XX-5805

---

            TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/25/05 and confirmed on 05/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 54750.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED | 8794.16 | 411.04 | 8794.16 |
| MARRIOTT VACATION CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 2470.29 | .00 | 2434.27 |
| A TEC AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED ENT PYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| ALLENDALE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4434.37 | .00 | 4369.71 |
| AMERICAN MUSCLE & FITNES | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH RESCUE SQUAD | UNSECURED | NOT FILED | .00 | .00 |
| ARLINGTON EYE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL STATES RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COMMUNITY YOUTH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 3329.77 | .00 | 3281.22 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL HOME HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYSIDE FIRE PROTECT | UNSECURED | NOT FILED | .00 | .00 |
| ALBERT PERCHEREK | UNSECURED | NOT FILED | .00 | .00 |

```
ARUN NARANG MD              UNSECURED       NOT FILED              .00            .00
ATULA SHARMA MD             UNSECURED       NOT FILED              .00            .00
CCHAPPULUS MD               UNSECURED       NOT FILED              .00            .00
CHRISTOPHER STANDAGE MD     UNSECURED       NOT FILED              .00            .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED              .00            .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED              .00            .00
DENNIS BRIGHTWELL           UNSECURED       NOT FILED              .00            .00
SHERMAN FAMILY HEALTHCAR    UNSECURED       NOT FILED              .00            .00
CONDELL MEDICAL CENTER      UNSECURED       NOT FILED              .00            .00
ELENA FRANKFURT             UNSECURED       NOT FILED              .00            .00
GINZBURG MD                 UNSECURED       NOT FILED              .00            .00
GREG STASZKO                UNSECURED       NOT FILED              .00            .00
H BAXAMUSA MD               UNSECURED       NOT FILED              .00            .00
ARLINGTON EYE ASSOC         UNSECURED       NOT FILED              .00            .00
CENTER FOR PAIN CONTROL     UNSECURED       NOT FILED              .00            .00
CONDELL MEDICAL CENTER      UNSECURED       NOT FILED              .00            .00
MICHAEL DELA CRUZ MD        UNSECURED       NOT FILED              .00            .00
R ALZENSTEIN                UNSECURED       NOT FILED              .00            .00
RALPH FRANK MD              UNSECURED       NOT FILED              .00            .00
RICHARD KORTAN MD           UNSECURED       NOT FILED              .00            .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED              .00            .00
ROMAN DYKUN MD              UNSECURED       NOT FILED              .00            .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED              .00            .00
SCOTT MCKELL                UNSECURED       NOT FILED              .00            .00
ARLINGTON EYE ASSOC         UNSECURED       NOT FILED              .00            .00
SUSAN ETHRIDGE MD           UNSECURED       NOT FILED              .00            .00
YEVGENLY POMERANETS MD      UNSECURED       NOT FILED              .00            .00
EARTHLINK INC               UNSECURED       NOT FILED              .00            .00
ENH NORTH SUBURBAN ANEST    UNSECURED       NOT FILED              .00            .00
GONELLA BAKERY              UNSECURED       NOT FILED              .00            .00
GREAT GIFTS                 UNSECURED       NOT FILED              .00            .00
GREATER ROUND LAKE FIRE     UNSECURED       NOT FILED              .00            .00
GREENLEAF ORTHOPEDIC        UNSECURED       NOT FILED              .00            .00
GROSSMAN PLUMBING           UNSECURED          765.50              .00         754.34
HERITAGE SCHOOLS            UNSECURED       NOT FILED              .00            .00
HOME CARE SOLUTIONS         UNSECURED       NOT FILED              .00            .00
HORIZONS BEHAVIORAL HEAL    UNSECURED          918.68              .00         905.28
-----------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID           PAID
-----------------------------------------------------------------------------------
LAKE COUNTY HEAD & NECK     UNSECURED       NOT FILED              .00            .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED              .00            .00
LAKE MCHENRY PATHOLOGY A    UNSECURED       NOT FILED              .00            .00
LMG FAMILY DOCTORS          UNSECURED       NOT FILED              .00            .00
LOYOLA UNIV PHYSICIANS F    UNSECURED       NOT FILED              .00            .00
RICHARD L LUCAS & ASSOCI    UNSECURED       NOT FILED              .00            .00
MCHENRY RADIOLOGISTS & I    UNSECURED       NOT FILED              .00            .00
MORAINE EMERCENCY PHYSIC    UNSECURED       NOT FILED              .00            .00
MR IMAGING CENTER           UNSECURED       NOT FILED              .00            .00
DP MURPHY AMBULANCE CO      UNSECURED          151.40              .00         149.19
NCO FINANCIAL SYSTEMS IN    UNSECURED       NOT FILED              .00            .00
NEIL POLLOCK MD             UNSECURED       NOT FILED              .00            .00
NEUROPSYCH                  UNSECURED       NOT FILED              .00            .00
NORTH SHORE ONCOLOGY        UNSECURED       NOT FILED              .00            .00
TCF NATIONAL BANK           UNSECURED       NOT FILED              .00            .00
OMNI CREDIT SVCS OF SE F    UNSECURED       NOT FILED              .00            .00
PAQUETTE & COMP             UNSECURED       NOT FILED              .00            .00
PINDERSKI & PINDERSKI       UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC         UNSECURED         1286.83              .00        1268.07
```

```
PULMONARY MEDICINE ASSOC  UNSECURED      NOT FILED          .00           .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED          .00           .00
RICHARD STEEL & ASSOCIAT  UNSECURED      NOT FILED          .00           .00
ROLLINS CHIROPRACTIC      UNSECURED      NOT FILED          .00           .00
ROLLINS FAMILY DENTAL     UNSECURED      NOT FILED          .00           .00
SAFECO                    UNSECURED      NOT FILED          .00           .00
SBC AMERITECH             UNSECURED      NOT FILED          .00           .00
SHELLY KEENEY PSY         UNSECURED      NOT FILED          .00           .00
SOCIAL SECURITY ADMINIST  UNSECURED      NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED          .00           .00
FRIEDMAN & WEXLER         UNSECURED        1333.69          .00       1314.24
SUPERIOR CARE PHARMACY    UNSECURED      NOT FILED          .00           .00
TRANGUILY BAY             UNSECURED      NOT FILED          .00           .00
UTAH VALLEY RADIOLOGY     UNSECURED      NOT FILED          .00           .00
UTAH VALLEY REGIONAL MED  UNSECURED      NOT FILED          .00           .00
VILLAGE OF FOX LAKE       UNSECURED         401.00          .00        395.15
WASTE MANAGEMENT OF ILLI  UNSECURED      NOT FILED          .00           .00
VILLAGE OF FOX LAKE       UNSECURED         521.23          .00        513.63
VILLAGE OF FOX LAKE       UNSECURED         384.23          .00        378.63
DEPENDON COLLECTION SERV  UNSECURED        4441.00          .00       4376.24
ILLINOIS DEPT REVENUE     UNSECURED        7155.41          .00       7051.07
ECAST SETTLEMENT CORPORA  UNSECURED       12942.76          .00      12754.03
     Summary of disbursements:
--------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      8794.16         .00     40536.16        .00    49330.32
PRINCIPAL PAID          8794.16         .00     39945.07        .00    48739.23
INTEREST PAID            411.04         .00          .00        .00      411.04
TOTAL PAID              9205.20         .00     39945.07        .00    49150.27
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $  2700.00 and was paid $     2.00  direct and $   2698.00   through the plan.

The Trustee received $    2151.73 .

Refunds to the Debtor totaled $     750.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                        PAGE   4
CASE NO. 05 B 02322 SCOTT A EVANS & DOREEN EVANS
```